
**MEMO ENDORSED**

February 5, 2012

By E-Mail

The Hon. John F. Keenan
Untied States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Manssor Arbabsiar
11 Cr. 897 (JFK)

Hon. Judge Keenan:

I write, with the consent of the government, to request an adjournment of 30 days on the above case. Discovery is on-going. The government has produced most of Mr. Arbabsiar's post-arrest statements (February 1, 2012) and we need time to review the discovery with our client. We request that the time February 6, 2012 and the next court date set by the Court, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A).

Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to properly prepare for trial and as at the same time continue discussions regarding a possible disposition. Thank you.

Respectfully submitted,

Sabrina P. Shroff
Attorney for Manssor Arbabsiar

cc: AUSAs Kopp & Kim

*Application denied.*
*SO ORDERED.*
*Dated: February 6, 2012*

*John F. Keenan, U.S.D.J.*