**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 9, 2012

<u>VIA FACSIMILE</u>

The Hon. John F. Keenan
Untied States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
APR 10 2012

Re:  <u>United States v. Manssor Arbabsiar</u>
     11 Cr. 897 (JFK)

Hon. Judge Keenan:

On March 30, 2012, the government informed us of their ex-parte submission to the Court pursuant to section 4 of the Classified Information Procedures Act.  Mr. Arbabsiar objects to the government's request to file its Section 4 application ex-parte, and seeks to compel disclosure of discovery to cleared counsel.

Mr. Arbabsiar requests the opportunity to brief the issue presented by the government in its letter of March 30, 2012, and intends to submit its papers in opposition no later than Monday, April 16, 2012.  Thank you.

Respectfully submitted,

Sabrina P. Shroff
Attorney for Manssor Arbabsiar

cc:  AUSAs Kopp & Kim

*Application by the defense to brief the issue is granted. Should the Government wish to reply they shall do so by April 30, 2012.*

*So ordered*
*April 10, 2012*

John F. Keenan
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-12