UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,              :

       -against-                      :     **NOTICE OF MOTION**

MANSSOR ARBABSIAR,                     :     11 Cr. 897 (JFK)
GHOLAM SHAKURI,
                                                 :

                Defendants.      :

------------------------------------X

    PLEASE TAKE NOTICE, that upon the annexed declarations of Sabrina P. Shroff, Esq., Michael B. First, M.D., Joel E. Morgan, PH.D., and Manssor Arbabsiar, and the accompanying Memorandum of Law, the undersigned will move this Court, before the Honorable John F. Keenan, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, at a time to be designated by the Court, to dismiss the Indictment or, in the alternative, to suppress, and granting such other and further relief as the Court deems just and proper.

Dated:  New York, New York
        July 16, 2012

                                  **DAVID E. PATTON, ESQ.**
                                  Federal Defenders of New York, Inc.
                                  52 Duane Street - 10th Floor
                                  New York, New York 10007
                                  Tel.: (212) 417-8700

                                  Attorney for Defendant
                                   MANSSOR ARBABSIAR

                By: _____
                                  Sabrina P. Shroff, Esq.

Sabrina P. Shroff, Esq.
Edward S. Zas, Esq.
Katherine M. Romano, Esq.

Of Counsel

```
TO:   PREET BHARARA, ESQ.
      United States Attorney
      Southern District of New York
      One St. Andrew's Plaza
      New York, New York 10007
      Attn.:  EDWARD KIM, ESQ.
              GLENN KOPP, ESQ.
              Assistant United States Attorneys
              Southern District of New York
```