```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,            :

        -against-                    :
                                            11 Cr. 897 (JFK)
MANSSOR ARBABSIAR,                   :
GHOLAM SHAKURI,
                                     :

                Defendants.          :

------------------------------------X
```

**DECLARATION OF SABRINA P. SHROFF, ESQ., IN SUPPORT OF MR. ARBABSIAR'S MOTION TO DISMISS THE INDICTMENT OR, IN THE ALTERNATIVE, TO SUPPRESS.**

I, Sabrina P. Shroff, Esq., declare as follows:

1. I am an attorney associated with Federal Defenders of New York, Inc., appointed by this Court to represent the defendant, Manssor Arbabsiar, in this action. I make this Declaration in support of a motion to dismiss the Indictment, or, in the alternative, to suppress statements made by Mr. Arbabsiar and other evidence improperly obtained by the government.

**Exhibits**

2. Attached hereto as Exhibit A ████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████

3. Attached hereto as Exhibit B ████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████

4. Attached hereto as Exhibit C ████████████████████████
████████████████████████



5. Attached hereto as Exhibit D

6. Attached hereto as Exhibit E

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    July 16, 2012

_____
Sabrina P. Shroff, Esq.