```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

UNITED STATES OF AMERICA,          :

        -against-                  :
                                         11 Cr. 897 (JFK)
MANSSOR ARBABSIAR,                 :
GHOLAM SHAKURI,
                                   :

                Defendants.        :

-----------------------------------X
```

**DECLARATION OF MANSSOR ARBABSIAR IN SUPPORT OF MOTION TO DISMISS THE INDICTMENT OR, IN THE ALTERNATIVE, TO SUPPRESS**

**[PARAGRAPHS 1-29 FILED UNDER SEAL.]**