UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,            :

       -against-                  :
                                            11 Cr. 897 (JFK)
MANSSOR ARBABSIAR,                   :
GHOLAM SHAKURI,
                                 :

              Defendants.  :

------------------------------------X

**MEMORANDUM OF LAW IN SUPPORT OF MR. ARBABSIAR'S
MOTION TO DISMISS THE INDICTMENT OR, IN THE ALTERNATIVE,
TO SUPPRESS.**

[Pages 1 - 51 FILED UNDER SEAL.]