UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA,                    :

     -against-                              :

                                     11 Cr. 897 (JFK)

MANSSOR ARBABSIAR,                           :
GHOLAM SHAKURI,
                                 :

              Defendants.   :

----------------------------------X

**SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MR. ARBABSIAR'S
MOTION TO DISMISS THE INDICTMENT OR, IN THE ALTERNATIVE,
TO SUPPRESS.**

**DAVID E. PATTON, ESQ.**
Federal Defenders of New York, Inc.
52 Duane Street - 10th Floor
New York, New York 10007
Tel.: (212) 417-8700

Attorney for Defendant
MANSSOR ARBABSIAR

Sabrina P. Shroff, Esq.
Edward S. Zas, Esq.
Katherine M. Romano, Esq.

   Of Counsel

TO:  PREET BHARARA, ESQ.
     United States Attorney
     Southern District of New York
     One St. Andrew's Plaza
     New York, New York 10007
     Attn.:  EDWARD KIM, ESQ.
             GLENN KOPP, ESQ.
             Assistant United States Attorneys
             Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA,                    :

       -against-                             :

MANSSOR ARBABSIAR,                           :        11 Cr. 897 (JFK)
GHOLAM SHAKURI,
                                             :

                 Defendants.  :

----------------------------------X

**SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MANSSOR ARBABSIAR'S
MOTION TO DISMISS THE INDICTMENT OR, IN THE ALTERNATIVE, TO
SUPPRESS**


**[PAGES 1-25 FILED UNDER SEAL.]**