```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA                    11 Cr. 897 (JFK)

            - v -

MANSSOR ARBABSIAR,
GHOLAM SHAKURI,

                  Defendants.

------------------------------------X
```

### SUPPLEMENTAL DECLARATION OF SABRINA P. SHROFF, ESQ., IN SUPPORT OF MANSSOR ARBABSIAR'S MOTION TO DISMISS THE INDICTMENT OR, IN THE ALTERNATIVE, TO SUPPRESS

I, Sabrina P. Shroff, Esq., declare as follows:

1. I am an attorney associated with Federal Defenders of New York, Inc., appointed by this Court to represent the defendant, Manssor Arbabsiar, in this action. I make this Supplemental Declaration in support of a motion to dismiss the Indictment, or, in the alternative, to suppress statements made by Mr. Arbabsiar.

**Exhibits**

2. Attached hereto as Exhibit A [REDACTED]

3. Attached hereto as Exhibit B [REDACTED]

4. Attached hereto as Exhibit C [REDACTED]

5.      Attached hereto as Exhibit D 

I declare under penalty of perjury that the foregoing is true and correct.  Sworn this 3rd day of October, 2012.

---
Sabrina P. Shroff, Esq.