# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

January 31, 2013

RECEIVED
JAN 31 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-1-13

By Facsimile
Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Arbabsiar
    11 Cr. 897 (JFK)

Hon. Judge Keenan:

We write with the consent of the government (AUSA Glen Kopp) to request an adjournment of Mr. Arbabsiar's sentence date, from February 22, 2013, to a date in late March.

We make this request as we need more time to prepare for the sentencing proceedings. Assistant Federal Defender Edward Zas, who has been assisting throughout this case, will be on trial before Judge Paul G. Gardephe on United States v. Valle beginning February 11, 2013, and going into mid-March. In addition, although we have been working with Mr. Arbabsiar's family in Iran, we are waiting on documents and other materials that they are gathering. Distance and other logistics make the process of getting all the documents together challenging and we are doing our best to complete the process. Additionally, all the documents need to be translated from Farsi to English, which is a laborious process for interpreter.

We have notified the government of these issues, and they consent to the adjournment being sought. Thank you.

Respectfully submitted,

Edward Zas & Sabrina P. Shroff
Assistant Federal Defenders

cc: AUSAs Kopp & Kim
    USPO Ross Kapitansky

*The application is granted. The sentence is adjourned to March 26, 2013 at 11:30 a.m.*
*SO ORDERED.*
*Dated: February 1, 2013*

John F. Keenan
U.S.D.J.