USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-24-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      United States of America       :

              -V-

                     :           # 11 Cr 897 (JFK)

      Arbabsiar

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

The sentence is rescheduled from April 30, 2013 to May 6, 2013 at 10:45 a.m. in Courtroom 20-C.  This is the final adjournment.

SO ORDERED.

Dated:   New York, New York

       4-24-13

                              JOHN F. KEENAN
                    United States District Judge