**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 6, 2013

**BY FACSIMILE**
The Hon. John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Manssor Arbabsiar
    11 Cr. 897 (JFK)

Hon. Judge Keenan:

   We received the Court's proposed schedule and write to request that Dr. First be allowed to testify on the same day as the government's witness, Dr. Saathoff. We make this request as Dr. First needs to be present when Dr. Saathoff testifies to assist us in cross-examining Dr. Saathoff and possibly testify in rebuttal. So as to be least disruptive to Dr. First's schedule and most cost-efficient, we ask that both he and Dr. Saathoff testify in succession on the same day. To that end, I have confirmed with Dr. First that he will fly back from California in time to make himself available in Court on May 23, 2013 by 10:00 a.m.

   We have no objection to taking testimony from Dr. Miller or any other witnesses from the MCC on May 8, 2013. Thank you.

Respectfully submitted,

Sabrina P. Shroff
Assistant Federal Defender

cc: AUSAs Kim & Kopp
    Dr. Michael First

[Handwritten endorsement:] Application denied. Dr. First will testify on Wednesday, May 8, 2013 at 10 A.M. If he wishes to be present and the defense needs him, he can be in court when Dr. Saathoff testifies. That date will seek to accommodate the court, counsel and the Doctors and will be determined at the end of May 8 testimony. So ordered. May 6, 2013. John F. Keenan, USDJ.

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 5-6-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
    United States of America    :

           -V-
    Arbabsiar                      :        # 11 Cr 897 (JFK)
------------------------------X

    The defense application for an adjournment is denied. Dr. First will testify on Wednesday, May 8, 2013 at 10 a.m. If he wishes to be present, and the defense needs him, he can be in court when Dr. Saathoff testifies. That date will seek to accommodate the Court, Counsel and the Doctors and will be determined at the end of the May 8 testimony.

SO ORDERED.

Dated:   New York, New York
       5-6-2013

                                  JOHN F. KEENAN
                                  United States District Judge