USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-12-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANSSOR ARBABSIAR,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

14-CV-3222 (JFK)
11-CR-0897 (JFK)
ORDER TO ANSWER, 28 U.S.C. § 2255

JOHN F. KEENAN, United States District Judge:

The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily denied as being without merit, hereby ORDERS that:

The Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

The U.S. Attorney's Office shall file a notice of appearance no later than May 23, 2014. Respondent shall file an answer or other pleadings in response to the motion, along with transcripts of any relevant proceedings not already contained in the record, by July 14, 2014.

Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. The motion will be considered fully submitted as of that date.

SO ORDERED.

Dated: May 12, 2014
      New York, New York

                                            JOHN F. KEENAN
                                            United States District Judge