UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
                                                            :     11 Cr. 897 (LGS)
                    -against-                               :
                                                            :     SCHEDULING ORDER
MANSSOR ARBABSIAR,                                          :
                                              Defendant.    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS on August 22, 2023, Defendant filed a *pro se* Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) ("Motion"). (Dkt. No. 91)

WHEREAS the Court's Order dated September 19, 2023, (i) granted Ms. Sabrina Shroff's application to be appointed as counsel for Defendant; and (ii) directed Defendant to file a letter stating whether he intends to amend his Motion. (Dkt. No. 98).

WHEREAS no letter has been filed.  It is hereby

**ORDERED** that Defendant's amended Motion, if any, shall be filed on or before **December 1, 2023**.  The Government's response shall be filed on or before **December 22, 2022**. Defendant's reply shall be filed on or before **January 10, 2024**.

The Clerk of the Court is directed to terminate the letter motion at docket number 92.


Dated: November 3, 2023
       New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**