

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*Jacob K. Javitz Building*
*26 Federal Plaza*
*New York, New York 10007*

August 15, 2024

**By ECF**
Hon. Lorna G. Schofield
United States District Court
40 Foley Square
New York, NY 10007

   Re: **United States** v. **Manssor Arbabsiar**, 11 Cr. 897 (LGS)

Dear Judge Schofield:

  The parties write in response to the Court's August 12, 2024 order in the above-captioned case. The defense intends to file an amendment or supplement to Mr. Arbabsiar's pending motion. The parties propose that the defense will have 45 days to file (September 30, 2024), and the Government will have two weeks to respond (October 14, 2024).

Application Granted. Defendant's amended motion shall be filed by **September 30, 2024**. The Government's opposition shall be filed by **October 14, 2024.** The Clerk of the Court is directed to terminate the letter motion at docket number 104.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

by: __/s/_____
  Thomas S. Burnett
  Assistant United States Attorney
  (212) 637-1064

Dated: August 16, 2024
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**