Application **GRANTED**.  Defendant's deadline to file the motion is extended to **March 7, 2025**.  Government's deadline to respond is extended to **March 21, 2025**.  So Ordered.

Dated:  January 23, 2025
         New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

————————

RACHEL PERILLO

<u>BY ECF</u>
Honorable Lorna Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                    Re:  United States v. Mansoor Arbabsiar
                         11-CR-897(LGS)

Dear Judge Schofield:

       I am the attorney assigned to write a compassionate release motion for Mr. Arbabsiar. I write with the consent of the AUSA handling this matter, Thomas Burnett, seeking a six week extension to file the motion on behalf of Mr. Arbabsiar.  I make this motion because of the amount of material to be reviewed as well as the difficulty of communicating with Mr. Arbabsiar, who is held in a prison in Yazoo, Mississippi, where it is very difficult to get calls with him.

       If you have any questions regarding this application please contact my office.

                              Respectfully submitted,

                              *David Stern*

                              David Stern