

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javitz Building*
*26 Federal Plaza*
*New York, New York 10278*

March 21, 2025

**By ECF**
Hon. Lorna G. Schofield
United States District Court
40 Foley Square
New York, NY 10007

Application Granted.  The Government's response shall be filed by **April 7, 2025**.  The Clerk of the Court is directed to terminate the letter motion at docket number 117.

Dated: March 21, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:    **United States v. Manssor Arbabsiar, 11 Cr. 897 (LGS)**

Dear Judge Schofield:

The Government respectfully requests a one-week extension, to April 7, 2025, to file its response to Mr. Arbabsiar's pending motion.  This would also result in moving Mr. Arbabsiar's reply deadline by one week, from April 14 to April 21.  The extension would allow the Government additional time to review the relevant medical and disciplinary records before deciding on the appropriate course of action in this case.  Counsel for Mr. Arbabsiar consents to this proposal.

Respectfully,

MATTHEW PODOLSKY
Acting United States Attorney

by: ___/s/_____
Thomas S. Burnett
Assistant United States Attorney
(212) 637-1064